IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00370-WYD-MEH

HEIDI MOLLER, an individual,

    Plaintiff,

v.

MYICIS, a/k/a ALFII/MYICIS;
WAYNE HICKS, an individual; and
VARIOUS JOHN AND JANE DOES, now Unknown but Knowable on discovery, as either the association in fact or the prime predicate actor Hicks,

    Defendants.

---

**ORDER**

---

Pursuant to D.C.COLO.L.CivR 40.1, upon the approval of the Chief Judge, this case will be reassigned to Senior Judge John L. Kane.  Accordingly, it is

ORDERED that this matter is reassigned to Senior Judge John L. Kane.

Dated:  February 28, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge